**FILED**
MAR 03 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8192

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Gildardo CAMACHO-Castaneda | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about March 2, 2008, within the Southern District of California, defendant Gildardo CAMACHO-Castaneda did knowingly and intentionally import approximately 22.07 kilograms (44.14 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

William Steele, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 3RD, DAY OF MARCH 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Gildardo CAMACHO-Castaneda

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent W. Steele.

On March 2, 2008 at approximately 1000 hours, Gildardo CAMACHO-Castaneda entered the United States at the Andrade, California, Port of Entry. CAMACHO was the driver of a 1993 Ford Crown Victoria, bearing Baja California, Mexico license plate BDT8757.

Primary inspector M. Gomez stated CAMACHO provided him with a counterfeit vehicle registration. Primary inspector Gomez said there was one key and the glove box was empty. CAMACHO and the vehicle were referred to the secondary inspection area.

In the vehicle secondary lot, a canine inspection of the vehicle was performed. The canine alerted and responded to the rear seat of the vehicle. Canine Enforcement Officer House asked CAMACHO if he was bringing anything from Mexico and CAMACHO replied, "marijuana".

A subsequent inspection of the vehicle revealed 24 packages concealed in a special compartment in the trunk and in the spare tire of the vehicle. One of the packages was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 24 packages had a combined net weight of approximately 22.07 kilograms (44.14 pounds)

CAMACHO was placed under arrest and advised of his Constitutional Rights, which he acknowledged and waived, agreeing to answer questions. CAMACHO admitted knowledge of the marijuana.