FILED
08 MAR 26 PM 3:20
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 0897  DMS

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) <u>I N D I C T M E N T</u> |
| v. | ) Title 21, U.S.C., Secs. 952 and |
| GILDARDO CAMACHO-CASTANEDA, | ) 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - |
| Defendant. | ) Possession of Marijuana with Intent to Distribute |

The grand jury charges:

<u>Count 1</u>

On or about March 2, 2008, within the Southern District of California, defendant GILDARDO CAMACHO-CASTANEDA did knowingly and intentionally import approximately 43.15 kilograms (approximately 95.13 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

WDK:fer:Imperial
3/26/08

Count 2

On or about March 2, 2008, within the Southern District of California, defendant GILDARDO CAMACHO-CASTANEDA did knowingly and intentionally possess, with intent to distribute, approximately 43.15 kilograms (approximately 95.13 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: March 26, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DOUGLAS KEEHN
Assistant U.S. Attorney