# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER  08CR0897-DMS
                         )
         vs              )   ABSTRACT OF ORDER
                         )   Booking No.  06059 2928
Gildardo Camacho-         )
Castaneda                 )
                         )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __April 25, 2008__
the Court entered the following order:

__X__  Defendant be released from custody.

_____  Defendant placed on supervised / unsupervised probation / supervised release.

_____  Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____  Defendant released on $_____ bond posted.

_____  Defendant appeared in Court. FINGERPRINT & RELEASE.

_____  Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

__X__  Defendant sentenced to TIME SERVED, supervised release for __2__ years.

_____  c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
       _____ dismissing appeal filed.

_____  Bench Warrant Recalled.

_____  Defendant forfeited collateral.

_____  Case Dismissed.

_____  Defendant to be released to Pretrial Services for electronic monitoring.

_____  Other._____

DANA M. SABRAW
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.   Clerk
by
    Deputy Clerk

Received _____
         DUSM

Crim-9  (Rev 6-95)                                     ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY